UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| RHONDA O'NEAL, | Civil No. C08-1696-JLR-MAT |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including June 12, 2009, to file Defendant's responsive brief; and

• Plaintiff shall have up to and including June 26, 2009, to file an optional reply brief.

**This is the parties' second stipulated continuance. No further continuances will be granted absent extraordinary circumstances.**

DATED this 19th day of May, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C08-1696-JLR-MAT]

Presented by:

s/ NANCY A. MISHALANIE, WSB #18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3619
Fax: (206)615-2531
nancy.mishalanie@ssa.gov