```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

               OCT 23 2009

                    AT SEATTLE
            CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA O'NEAL, | CASE NO. C08-1696-JLR |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER DISMISSING CASE |
| Defendant. | |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and oppostion thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice; and

(3)  The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Theiler.

ORDER DISMISSING CASE
PAGE -1

DATED this 23RD day of \_\_\_\_October\_\_\_\_, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE
PAGE -2